Linda S. Mitlyng, Esquire
CA Bar No. 113810
P.O. Box 7188
Eureka, California 95502
707 441-1025
mitlyng@sbcglobal.net
Attorney for Plaintiff Jason Call

IN THE UNTIED STATES DISTRICT COURT

IN THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JASON CALL, | ) Case No. 15-CV-03353-HSG |
| Plaintiff, | ) |
| v. | ) ORDER ALLOWING PLAINTIFF TO FILE |
| | ) AN AMENDED COMPLAINT AND TAKING |
| | ) OFF CALENDAR DEFENDANTS' |
| SA MATT BADGLEY, *ET AL*, | ) MOTIONS TO DISMISS |
| Defendants. | ) |
| | ) |

PURSUANT TO STIPULATION, IT IS SO ORDERED:

1. Plaintiff Jason Call may file an amended complaint within 60 days from entry of this order, and

2. Defendants' Motions to Dismiss, filed by defendants Department of Justice (named as Bureau of Narcotics Enforcement) and County of Humboldt (named as Humboldt County Sheriff's Office) shall be taken off calendar and if necessary may be re-calendared within a reasonable time after the Amended Complaint has been filed.

SO ORDERED.

Dated: September 30, 2015

*Haywood S. Gilliam Jr.*
HON. HAYWOOD S. GILLIAM, JR
United States District Court Judge