UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JASON CALL, | CASE NO: 15-CV-03353-HSG |
| Plaintiff, | ORDER CONTINUING CASE MANAGEMENT CONFERENCE |
| vs. | |
| SA MATT BADGLEY, SA JACK NELSEN, BUREAU OF NARCOTICS ENFORCEMENT, OFFICER WAYNE ANSON, HUMBOLDT COUNTY SHERIFF'S OFFICE and DOES 1 to 50, | DATE: January 12, 2016<br>TIME: 2:00 p.m.<br>Honorable Haywood S. Gilliam, Jr.<br>Ctrm 15, 18th Floor, San Francisco |
| Defendants. | |

Good cause appearing therefore, based upon the Stipulation of the parties hereto through their respective counsel, it is hereby ordered that the Case Management Conference presently scheduled for January 12, 2016, is hereby continued to February 16, 2016 at 2:00 p.m.  A Joint Case Management Statement shall be filed on or before February 9, 2016.

**IT IS SO ORDERED.**

DATED: January 6, 2016

_____
Honorable Judge Haywood S. Gilliam Jr.
United States District Court

MITCHELL, BRISSO,
DELANEY & VRIEZE, LLP
814 Seventh Street
P.O. Drawer 1008
Eureka, CA 95502