Linda S. Mitlyng, Esquire
CA Bar No. 113810
P.O. Box 7188
Eureka, California 95502
707 441-1025
mitlyng@sbcglobal.net
Attorney for Plaintiff Jason Call

IN THE UNTIED STATES DISTRICT COURT

IN THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JASON CALL,<br><br>         Plaintiff,<br><br>v.<br><br>SA MATT BADGLEY, *ET AL*,<br><br>         Defendants. | Case No. 15-CV-03353-HSG<br><br>ORDER ALLOWING PLAINTIFF TO DISMISS DEFENDANT CALIFORNIA DEPARTMENT OF JUSTICE/BUREAU OF NARCOTIC ENFORCEMENT |

PURSUANT TO STIPULATION, IT IS SO ORDERED:

Plaintiff Jason Call, and defendant California Department Of Justice/Bureau Of Narcotic Enforcement herein have submitted a joint stipulation for voluntary dismissal without prejudice of plaintiff's claims against defendant CALIFORNIA DEPARTMENT OF JUSTICE/BUREAU OF NARCOTIC ENFORCEMENT.

Good cause appearing, the joint stipulation for voluntary dismissal is GRANTED under the authority of FRCP 41(a)(2). Each side to bear its own costs and fees.

SO ORDERED.

Dated: April 15, 2016

*Haywood S. Gilliam Jr.* (signature)

HON. HAYWOOD S. GILLIAM, JR
United States District Court Judge