Nancy K. Delaney, SBN 70617
Nicholas R. Kloeppel, SBN 186165
MITCHELL, BRISSO, DELANEY & VRIEZE
Attorneys at Law
814 Seventh Street
P. O. Drawer 1008
Eureka, CA  95502
Tel:  (707) 443-5643
Fax: (707) 444-9586

Attorneys for Defendants
COUNTY OF HUMBOLDT, SHERIFF MICHAEL DOWNEY, DEPUTY SHERIFF WAYNE HANSON, DEPUTY SHERIFF GREG MUSSON; DEPUTY SHERIFF BRIAN QUENELL, AGENT MARVIN KIRKPATRICK

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| JASON CALL, | CASE NO: 15-CV-03353-HSG |
|---|---|
| Plaintiff, | JOINT REQUEST TO APPEAR TELEPHONICALLY AT CASE MANAGEMENT CONFERENCE; ORDER GRANTING SAME |
| vs. | |
| CALIFORNIA DEPARTMENT OF JUSTICE/BUREAU OF NARCOTIC ENFORCEMENT; et al., | Date:  May 24, 2016<br>Time:  2:00 p.m.<br>Ctrm: 15, 18th Floor, San Francisco<br>Honorable Haywood S. Gilliam, Jr. |
| Defendants. | |

COMES NOW counsel for all parties in the referenced matter, and request permission from this Court to appear by telephone at the Case Management Conference scheduled for May 24, 2016, at 2:00 p.m.  This request is based upon the fact that the offices of counsel for plaintiff and counsel for the County Defendants are located in Humboldt County, California, which is a trip of approximately five hours by car to San Francisco, requiring the additional expense of an overnight stay.  Counsel for the State Defendants is in Oakland, California, and is agreeable to appearing by telephone to accommodate counsel for the other parties.

1   DATED: May 16, 2016			LAW OFFICES OF LINDA S. MITLYNG

2						By:   */s/ Linda S. Mitlyng*
						        Linda S. Mitlyng
3						        Attorney for Plaintiff

4
    DATED: May 16, 2016			MITCHELL, BRISSO, DELANEY & VRIEZE
5
						By:   */s/ Nancy K. Delaney*
6						        Nancy K. Delaney
						        Attorneys for County Defendants
7

8   DATED: May 16, 2016			OFFICE OF THE ATTORNEY GENERAL

9						By:   */s/ Wil Fong*
						        Wil Fong
10						        Attorneys for State of
						          California Defendants
11

12						* * * * *

13					**ORDER GRANTING REQUEST**

14

15      Good cause having been shown, the request for telephonic appearance at the Case

16   Management Conference on May 24, 2016, is hereby granted.  Counsel shall contact

17   CourtCall at (866) 582-6878 to make arrangements for the telephonic appearance.

18

19   DATED: 5/19/2016

20						_____
						HONORABLE HAYWOOD S. GILLIAM, JR.

MITCHELL, BRISSO,
DELANEY & VRIEZE
814 Seventh Street
P.O. Drawer 1008
Eureka, CA 95502

2

JOINT REQUEST TO APPEAR TELEPHONICALLY AT CASE MANAGEMENT CONFERENCE;
[PROPOSED] ORDER GRANTING SAME