CREGGER & CHALFANT LLP
ROBERT L. CHALFANT, SBN 203051
Email: rlc@creggerlaw.com
WENDY MOTOOKA, SBN 233589
Email: wm@creggerlaw.com
701 University Avenue, Suite 110
Sacramento, CA 95825
Phone: 916.443-4443
Fax:  916.443-2124

Attorneys for Defendant CORY PERSING

LINDA S. MITLYNG, SBN 113810
P. O. Box 7188
Eureka, CA 95502
Email: mitlyng@sbcglobal.net
Phone: (707) 441-1025

Attorney for Plaintiff JASON CALL

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JASON CALL,<br><br>          Plaintiff,<br><br>     vs.<br><br>CALIFORNIA DEPARTMENT OF JUSTICE/BUREAU OF NARCOTIC ENFORCEMENT; COUNTY OF HUMBOLDT; HUMBOLDT COUNTY SHERIFF'S OFFICE; SPECIAL AGENT JACK NELSEN; SPECIAL AGENT MATT BADGLEY; SPECIAL AGENT MONTI CERVELLI; SPECIAL AGENT BRETT LETENDRE; SPECIAL AGENT RYAN MAKI; AGENT HEATH HELMAN; AGENT CORY PERSING; AGENT NATE MENDES; AGENT ANDREW UNSINGER; AGENT ADAM HARKNESS; AGENT MARVIN KIRKPATRICK; AGENT KEVIN STONEBARGER; SHERIFF MICHAEL DOWNEY; DEPUTY SHERIFF WAYNE HANSON; DEPUTY SHERIFF GREG MUSSON; DEPUTY SHERIFF BRIAN QUENELL;UNNAMED AGENT/ DEPUTY SHERIFF,<br><br>          Defendants. | Case No.: 3:15-cv-03353 HSG<br><br>**STIPULATION ALLOWING PLAINTIFF TO DISMISS DEFENDANT CORY PERSING; [PROPOSED] ORDER THEREON** |

CREGGER & CHALFANT, LLP.
701 University Ave., #110
Sacramento, CA  95825
(916) 443-4443

STIPULATION ALLOWING PLAINTIFF TO DISMISS DEFENDANT CORY PERSING; [PROPOSED] ORDER THEREON
Case No. 3:15-cv-03353 HSG

1

IT IS HEREBY STIPULATED by and between the parties hereto through their respective attorneys of record, that plaintiff Jason Call may voluntarily dismiss all claims against defendant Cory Persing. Such dismissal shall be without prejudice, with each side to bear its own costs and fees.

IT IS SO STIPULATED.

DATE: May 31, 2016                     CREGGER & CHALFANT LLP

/s/ Robert L. Chalfant
ROBERT L. CHALFANT
WENDY MOTOOKA
Attorneys for Defendant CORY PERSING

DATE: May 31, 2016

/s/ Linda S. Mitlyng
LINDA S. MITLYNG
Attorneys for Plaintiff JASON CALL

## **ORDER**

Good cause appearing therefor, the complaint of plaintiff Jason Call against defendant Cory Persing is dismissed without prejudice, with each side to bear its own costs and fees.

IT IS SO ORDERED.

Date:   6/3/2016

HON. HAYWOOD S. GILLIAM, JR.
UNITED STATES DISTRICT COURT JUDGE

CREGGER & CHALFANT, LLP.
701 University Ave., #110
Sacramento, CA  95825
(916) 443-4443

STIPULATION ALLOWING PLAINTIFF TO DISMISS DEFENDANT CORY PERSING; [PROPOSED] ORDER THEREON
Case No. 3:15-cv-03353 HSG

2