UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

JASON CALL,

    Plaintiff,

v.

SA MATT BADGLEY, et al.,

    Defendants.

Case No. 15-cv-03353-HSG

**SCHEDULING ORDER**

Re: Dkt. No. 64

On July 19, 2016, the Court held a case management conference and directed the parties to submit a stipulation regarding a proposed case schedule with a fact discovery deadline in 2016 and a trial date beginning around May 30, 2016. Dkt. No. 57. The parties submitted their stipulation and proposed order on October 13, 2016. Dkt. No. 64.

The Court has considered the parties' proposed schedule and hereby enters the following case schedule:

| Event | Deadline |
| --- | --- |
| Close of Fact Discovery | December 30, 2016 |
| Expert Disclosure and Reports | January 20, 2017 |
| Rebuttal Expert Reports | February 3, 2017 |
| Close of Expert Discovery | February 17, 2017 |
| Dispositive Motion Filing | March 23, 2017 |
| Last day for dispositive motions to be heard | April 27, 2017 at 2:00 p.m. |
| Final Pre-Trial Conference | June 6, 2017 at 3:00 p.m. |

| Jury Trial | June 26, 2017 at 8:30 a.m. 10 days |
|---|---|

These dates may only be altered by order of the Court and only upon a showing of good cause. The parties are directed to review and comply with this Court's Civil Pretrial and Trial Standing Order.

**IT IS SO ORDERED.**

Dated:  October 14, 2016

_____
HAYWOOD S. GILLIAM, JR.
United States District Judge