KAMALA D. HARRIS
Attorney General of California
JEFFREY R. VINCENT
Supervising Deputy Attorney General
WILFRED FONG
Deputy Attorney General
State Bar No. 154303
 1515 Clay Street, 20th Floor
 P.O. Box 70550
 Oakland, CA  94612-0550
 Telephone:  (510) 879-0189
 Facsimile:  (510) 622-2121
*Attorneys for Defendants Nelson, Badgley, Cervelli, Letendre, Maki, and Helman*

IN THE UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

**JASON CALL**,

Plaintiff,

v.

**COUNTY OF HUMBOLDT, et al.**,

Defendants.

Case No. 15-cv-03353-HSG

**STIPULATION FOR PROTECTIVE ORDER; AND ORDER**

The following Stipulated Protective Order shall govern the use and disclosure of the documents and materials listed herein.

**ITEMS SUBJECT TO THIS STIPULATED PROTECTIVE ORDER**

(A)   Any law enforcement policy or procedure material marked "Confidential" by the producing party.

(B)   Any peace officer personnel file records marked "Confidential" by the producing party.

(C)   Any criminal investigation material marked "Confidential" by the producing party.

(D)   Any other law enforcement material of a sensitive nature marked "Confidential" by the producing party.

**TERMS AND CONDITIONS OF STIPULATED PROTECTIVE ORDER**

Production of the documents and materials listed above will be subject to the following conditions and the Court's Protective Order:

1.  The documents, materials and their contents may be used by plaintiff and his counsel only in this litigation and may not be used in separate proceedings or actions at this time or in the future without first being obtained through proper discovery procedures or court orders in those separate proceedings or actions.

2.  The documents and their contents may not be disclosed, copied, distributed, shown, described, or read to any person or entity (including, but not limited to, media representatives) by plaintiff or his counsel, representatives or agents, other than (a) the parties to this litigation; (b) the parties' attorneys, paralegals, and legal office staff in this litigation; (c) the parties' expert consultants in this litigation for purposes of expert consultation and trial testimony preparation; and (d) the Court in this action, filed under seal, for purposes of this litigation.

3.  The plaintiff's expert consultants must sign an acknowledgment and agreement to be bound by the terms of this Stipulation for Protective Order and Order, an executed copy of which will be provided to defendant's counsel within seven (7) days after formal disclosure of such consultants as expert witnesses in this litigation. The acknowledgment and agreement must contain the following language:

> "As an expert witness for the plaintiff in this lawsuit, I hereby acknowledge receipt of a copy of the signed Stipulation for Protective Order and Order, approved and entered by the Court in this action, and I agree to be bound by all terms and conditions in that Protective Order and recognize that I may be personally found in contempt of Court or subject to other sanctions determined by the Court should I violate any term or condition in that Protective Order."

4. All documents and materials produced subject to this Stipulated Protective Order will be clearly marked "Confidential" to indicate that they are subject to this Protective Order.

5. Except for documents and materials filed under seal by the court, all originals and copies of documents and materials produced subject to this Stipulated Protective Order shall be returned to defendant's counsel within ten (10) days after final termination of this litigation, whether such termination occurs by settlement, judgment, dismissal, appeal or otherwise.

6. This Protective Order does not in any way affect or prejudice the right of any party at the time of trial or other proceedings in this action to object to the admissibility of said documents or materials at the trial or in other proceedings of this action.

7. Any writings or other documents stipulated in writing by the parties to be confidential and subject to this Stipulated Protective Order, and produced subsequent to the date this Protective Order is signed by the Court, shall also be subject to all the terms of this Stipulated Protective Order.

8. If any party intends to file a motion that includes as an exhibit any writing(s) subject to this Protective Order, that party shall meet and confer with the opposing party. If the producing party maintains its position that the documents are confidential, the party intending to file the documents must file a motion to file the documents under seal pursuant to Northern District Civil Local Rule 79-5.

9. Violation of this Protective Order by any party or any other person, including but not limited to any party's expert witnesses and consultants, will result in sanctions to be determined by the Court upon application by any other party.

10. This Stipulated Protective Order and the obligations of all persons subject to it, including those relating to the disclosure and use of the materials specified herein, shall survive the final termination of this case, whether such termination is by settlement, judgment, dismissal, appeal or otherwise.

11. Nothing in this Stipulated Protective Order is intended to prevent authorized individuals from having access to the documents and materials specified herein to which they would have had access in the normal course of their duties.

**SO STIPULATED:**

Dated:  December 2, 2016                           LINDA S. MITLYNG
                                                                          ATTORNEY AT LAW


                                                                          _____/s/ Linda S. Mitlyng_____
                                                                          LINDA S. MITLYING, ESQ.
                                                                          *Attorney for Plaintiff Jason Call*

Dated: December 2, 2016   MITCHELL, BRISSO, DELANEY & VRIEZE

*/s/ Nancy K. Delaney*
NANCY K. DELANEY, ESQ.
*Attorney for County Defendants*

Dated: December 2, 2016   KAMALA D. HARRIS
Attorney General of California
JEFFREY R. VINCENT
Supervising Deputy Attorney General

*/s/ Wil Fong*
WIL FONG
Deputy Attorney General
*Attorneys for State Defendants*

## **ORDER**

Upon good cause shown, the above Stipulation of the parties is hereby approved and made the Order of this Court.

Dated: December 6, 2016

HON. HAYWOOD S. GILLIAM, JR.
United States District Court Judge

OK2015900432
90721535.doc