CREGGER & CHALFANT LLP
ROBERT L. CHALFANT, SBN 203051
Email: rlc@creggerlaw.com
WENDY MOTOOKA, SBN 233589
Email: wm@creggerlaw.com
701 University Avenue, Suite 110
Sacramento, CA 95825
Phone: 916.443-4443
Fax: 916.443-2124

Attorneys for Defendant NATE MENDES

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JASON CALL,<br><br>  Plaintiff,<br><br>  vs.<br><br>CALIFORNIA DEPARTMENT OF JUSTICE/BUREAU OF NARCOTIC ENFORCEMENT; COUNTY OF HUMBOLDT; HUMBOLDT COUNTY SHERIFF'S OFFICE; SPECIAL AGENT JACK NELSEN; SPECIAL AGENT MATT BADGLEY; SPECIAL AGENT MONTI CERVELLI; SPECIAL AGENT BRETT LETENDRE; SPECIAL AGENT RYAN MAKI; AGENT HEATH HELMAN; AGENT CORY PERSING; AGENT NATE MENDES; AGENT ADAM HARKNESS; AGENT MARVIN KIRKPATRICK; AGENT KEVIN STONEBARGER; SHERIFF MICHAEL DOWNEY; DEPUTY SHERIFF WAYNE HANSON; DEPUTY SHERIFF GREG MUSSON; DEPUTY SHERIFF BRIAN QUENELL;DEPUTY SHERIFF BLAKE MASSARO,<br><br>  Defendants. | Case No.: 3:15-cv-03353 HSG<br><br>**STIPULATION FOR EXTENSION OF TIME TO ALLOW DEFENDANT NATE MENDES TO RESPOND TO SECOND AMENDED COMPLAINT; ORDER THEREON** |

  WHEREAS on June 1, 2015, Plaintiff initiated the present civil action in the Superior Court of California, County of Humboldt;

CREGGER & CHALFANT, LLP.
701 University Ave., #110
Sacramento, CA 95825
(916) 443-4443

STIPULATION FOR EXTENSION OF TIME FOR MENDES TO FILE RESPONSE; ~~PROPOSED~~ ORDER
Case No. 3:15-cv-03353 HSG

1

1  WHEREAS Defendant Nate Mendes was not named as a defendant in that civil action;

2  WHEREAS on July 21, 2015, the named defendants removed the state court action to
3  federal court;

4  WHEREAS on November 30, 2015, an amended complaint was filed naming
5  approximately 19 defendants, including "Agent Nate Mendes";

6  WHEREAS on November 10, 2016, a Second Amended Complaint was filed;

7  WHEREAS on January 17, 2017, Robert Chalfant, outside counsel for Siskiyou County,
8  received a voicemail message from Counsel for Plaintiff, Linda Mitlyng, asking whether Mr.
9  Chalfant would be representing Nate Mendes;

10  WHEREAS on January 19, 2017, Ms. Mitlyng emailed a proof of service to Mr. Chalfant
11  showing that on June 7, 2016, substituted service of the Amended Complaint and Summons was
12  attempted on Mr. Mendes, at a Bureau of Land Management Field Office.

13  WHEREAS the parties wish to avoid motion practice relating to service issues;

14  It is hereby stipulated by the parties to this action through their attorneys of record as
15  follows:

16  Defendant NATE MENDES may have a two week extension of time within which to
17  respond to the Second Amended Complaint on file in any manner authorized by the Federal Rules
18  of Civil Procedure. Said response will now be due on or before February 20, 2017.

19  IT IS SO STIPULATED.

20  DATE: February 7, 2017           CREGGER & CHALFANT LLP

21                                   /s/ Robert L. Chalfant
22                                   ROBERT L. CHALFANT
                                     WENDY MOTOOKA
23                                   Attorneys for Defendant NATE MENDES

24  DATE: February 6, 2017           LAW OFFICE OF LINDA SUE MITLYNG
25

26                                   /s/ Linda Sue Mitlyng
                                     LINDA SUE MITLYNG, SBN 113810
27                                   Attorneys for Plaintiff JASON CALL

28

CREGGER & CHALFANT, LLP.
701 University Ave., #110
Sacramento, CA  95825
(916) 443-4443

STIPULATION FOR EXTENSION OF TIME FOR
MENDES TO FILE RESPONSE; ~~PROPOSED~~ ORDER
Case No. 3:15-cv-03353 HSG

2

1  DATE: February 6, 2017            STATE OF CALIFORNIA
                                     OFFICE OF THE ATTORNEY GENERAL
2

3                                    /s/ Wilfred T. Fong
                                     WILFRED T. FONG, SBN 154303
4                                    Attorneys for Defendants MATT BADGLEY, JACK
                                     NELSON, MONTI CERVELLI, BRETT
5                                    LETENDRE, RYAN MAKI, HEATH HELMAN

6

7  DATE: February 6, 2017            MITCHELL BRISSO DELANEY & VRIEZE

8
                                     /s/ Nancy K. Delaney
9                                    NANCY K. DELANEY, SBN 70617
                                     Attorneys for Defendants COUNTY OF
10                                   HUMBOLDT, SHERIFF MICHAEL DOWNEY,
                                     DEPUTY SHERIFF WAYNE HANSON, DEPUTY
11                                   SHERIFF GREG MUSSON, DEPUTY SHERIFF
                                     BRIAN QUENELL, AGENT MARVIN
12                                   KIRKPATRICK; STANLEY HARKNESS

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

CREGGER & CHALFANT, LLP.
701 University Ave., #110
Sacramento, CA 95825
(916) 443-4443

STIPULATION FOR EXTENSION OF TIME FOR
MENDES TO FILE RESPONSE; ~~PROPOSED~~ ORDER     3
Case No. 3:15-cv-03353 HSG

# ORDER

It is hereby ordered that Defendant NATE MENDES may have an extension of time to and including February 20, 2017, to file a response to the Second Amended Complaint on file herein in any manner authorized by the Federal Rules of Civil Procedure.

IT IS SO ORDERED.

DATED: February 7, 2017

_____
HON. HAYWOOD S. GILLIAM, JR.
UNITED STATES DISTRICT COURT JUDGE

CREGGER & CHALFANT, LLP.
701 University Ave., #110
Sacramento, CA  95825
(916) 443-4443

STIPULATION FOR EXTENSION OF TIME FOR MENDES TO FILE RESPONSE; PROPOSED ORDER
Case No. 3:15-cv-03353 HSG

4