CREGGER & CHALFANT LLP
ROBERT L. CHALFANT, SBN 203051
Email: rlc@creggerlaw.com
WENDY MOTOOKA, SBN 233589
Email: wm@creggerlaw.com
701 University Avenue, Suite 110
Sacramento, CA 95825
Phone: 916.443-4443
Fax:  916.443-2124

Attorneys for Defendant NATE MENDES

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JASON CALL, | Case No.:  3:15-cv-03353 HSG |
| Plaintiff, | |
| vs. | **ANSWER OF NATE MENDES TO SECOND AMENDED COMPLAINT; JURY DEMAND** |
| CALIFORNIA DEPARTMENT OF JUSTICE/BUREAU OF NARCOTIC ENFORCEMENT; COUNTY OF HUMBOLDT; HUMBOLDT COUNTY SHERIFF'S OFFICE; SPECIAL AGENT JACK NELSEN; SPECIAL AGENT MATT BADGLEY; SPECIAL AGENT MONTI CERVELLI; SPECIAL AGENT BRETT LETENDRE; SPECIAL AGENT RYAN MAKI; AGENT HEATH HELMAN; AGENT CORY PERSING; AGENT NATE MENDES; AGENT ADAM HARKNESS; AGENT MARVIN KIRKPATRICK; AGENT KEVIN STONEBARGER; SHERIFF MICHAEL DOWNEY; DEPUTY SHERIFF WAYNE HANSON; DEPUTY SHERIFF GREG MUSSON; DEPUTY SHERIFF BRIAN QUENELL;DEPUTY SHERIFF BLAKE MASSARO, | Trial Date:  June 26 2017 |
| Defendants. | |

COMES NOW defendant Nate Mendes ("Defendant"), and in response to Plaintiff's Second Amended Complaint ("SAC") on file herein, admits, denies, and alleges as follows:

1.  In response to the "Preliminary Statement" Defendant denies that Plaintiff was

CREGGER & CHALFANT, LLP.
701 University Ave., #110
Sacramento, CA  95825
(916) 443-4443

MENDES ANSWER TO SECOND AMENDED
COMPLAINT; JURY DEMAND
Case No. 3:15-cv-03353 HSG

1

unlawfully arrested, that there was an unlawful search of Plaintiff's home, and that there was an unlawful seizure of Plaintiff's personal property by Defendant. Defendant is without sufficient knowledge or information to form a belief as to the truth of the remaining allegations contained therein, and on that basis, deny the same.

2. In response to paragraph 1, Defendant admits this case was originally filed in Humboldt County Superior Court and was removed to the United States District Court, Northern District of California. Defendant consents to removal of this action.

3. In response to paragraph 2, Defendant admits that jurisdiction and venue are proper.

4. In response to paragraphs 3 through 7, Defendant admits the allegations contained therein.

5. In response to paragraphs 8 through 14, Defendant is without sufficient knowledge or information to form a belief as to the truth of the allegations contained therein, and on that basis, denies the same.

6. In response to paragraph 15, Defendant admits that he was an employee of Siskiyou County, assigned to a California law enforcement Task Force, acting within the course and scope of his employment. The remaining allegations are denied.

7. In response to paragraphs 16 through 23, Defendant is without sufficient knowledge or information to form a belief as to the truth of the allegations contained therein, and on that basis, denies the same.

8. In response to paragraph 24, Defendant admits acting under color of law, but denies committing the acts complained of by Plaintiff.

9. In response to paragraph 25, Defendant denies that he "was the agent or employee of each of the remaining defendants." Defendant was an employee of the Siskiyou County Sheriff's Department on January 19, 2012.

10. Paragraph 26 contains no factual allegations.

11. In response to paragraphs 27 through 33, Defendant is without sufficient knowledge or information to form a belief as to the truth of the allegations contained therein, and

CREGGER & CHALFANT, LLP.
701 University Ave., #110
Sacramento, CA 95825
(916) 443-4443

MENDES ANSWER TO SECOND AMENDED
COMPLAINT; JURY DEMAND
Case No. 3:15-cv-03353 HSG

2

on that basis, denies the same.

12. In response to paragraph 34 and 35, Defendant admits that officers knocked on the front door, announced their presence, and notified Plaintiff that they were there to serve a search warrant at that address. Defendant is without sufficient knowledge or information to form a belief as to the truth of the remaining allegations contained therein, and on that basis, denies the same.

13. In response to paragraph 36, Defendant denies ever having pointed a rifle at Plaintiff. Defendant admits officers were asking Plaintiff to open the door.

14. In response to paragraphs 37 through 40, Defendant is without sufficient knowledge or information to form a belief as to the truth of the allegations contained therein, and on that basis, denies the same.

15. In response to paragraph 41, Defendant admits breaching a door made of glass after an unknown person behind the door refused to open the door. Officers, and Plaintiff, had repeatedly told the subject to open the door, prior to breaking the glass. Defendant is without sufficient knowledge to form a belief as to the truth of the remaining allegations contained therein, and on that basis, denies the same.

16. In response to paragraphs 42 through 56, Defendant is without sufficient knowledge to form a belief as to the truth of the allegations contained therein, and on that basis, denies the same.

17. In response to paragraph 57, Defendant re-asserts all previous admissions and denials as set forth above.

18. In response to paragraphs 58 through 60, Defendant is without sufficient knowledge to form a belief as to the truth of the allegations contained therein, and on that basis, denies the same.

19. In response to paragraph 61, Defendant re-asserts all previous admissions and denials, as set forth above.

20. In response to paragraphs 62 through 79, Defendant is without sufficient knowledge to form a belief as to the truth of the allegations contained therein, and on that basis,

CREGGER & CHALFANT, LLP.
701 University Ave., #110
Sacramento, CA 95825
(916) 443-4443

MENDES ANSWER TO SECOND AMENDED
COMPLAINT; JURY DEMAND
Case No. 3:15-cv-03353 HSG

3

1 | denies the same.

2 |     21.    In response to paragraph 80, Defendant re-asserts all previous admissions and
3 | denials, as set forth above.

4 |     22.    In response to paragraphs 81 through 85, Defendant denies the allegations
5 | contained therein.

6 |     23.    In response to paragraph 86, Defendant re-asserts all previous admissions and
7 | denials, as set forth above.

8 |     24.    In response to paragraphs 87 through 91, Defendant is without sufficient
9 | knowledge to form a belief as to the truth of the allegations contained therein, and on that basis,
10 | denies the same.

11 |     25.    In response to paragraph 92, Defendant re-asserts all previous admissions and
12 | denials, as set forth above.

13 |     26.    In response to paragraphs 93 through 97, Defendant is without sufficient
14 | knowledge to form a belief as to the truth of the allegations contained therein, and on that basis,
15 | denies the same.

16 |     27.    In response to paragraph 98, Defendant re-asserts all previous admissions and
17 | denials as set forth above.

18 |     28.    In response to paragraphs 99 through 104, Defendant is without sufficient
19 | knowledge to form a belief as to the truth of the allegations contained therein, and on that basis,
20 | denies the same.

21 |     29.    In response to paragraph 105, Defendant re-asserts all previous admissions and
22 | denials as set forth above.

23 |     30.    In response to paragraphs 106 through 111, Defendant is without sufficient
24 | knowledge to form a belief as to the truth of the allegations contained therein, and on that basis,
25 | denies the same.

26 |     31.    In response to paragraph 112, Defendant re-asserts all previous admissions and
27 | denials as set forth above.

28 |     32.    In response to paragraphs 113 through 116, Defendant is without sufficient

CREGGER & CHALFANT, LLP.
701 University Ave., #110
Sacramento, CA  95825
(916) 443-4443

MENDES ANSWER TO SECOND AMENDED
COMPLAINT; JURY DEMAND
Case No. 3:15-cv-03353 HSG

4

1  knowledge to form a belief as to the truth of the allegations contained therein, and on that basis,
2  denies the same.

3      33.    In response to paragraph 117, Defendant re-asserts all previous admissions and
4  denials, as set forth above.

5      34.    In response to paragraphs 118 through 122, Defendant is without sufficient
6  knowledge to form a belief as to the truth of the allegations contained therein, and on that basis,
7  denies the same.

8      35.    In response to paragraph 123, Defendant re-asserts all previous admissions and
9  denials, as set forth above.

10      36.    In response to paragraphs 124 through 129, Defendant is without sufficient
11  knowledge to form a belief as to the truth of the allegations contained therein, and on that basis,
12  denies the same.

13      37.    In response to paragraph 130, Defendant re-asserts all previous admissions and
14  denials, as set forth above.

15      38.    In response to paragraphs 131 through 136, Defendant is without sufficient
16  knowledge to form a belief as to the truth of the allegations contained therein, and on that basis,
17  denies the same.

18      39.    In response to paragraphs 137 through 140, Defendant is without sufficient
19  knowledge to form a belief as to the truth of the allegations contained therein, and on that basis,
20  denies the same.

21  **AS FOR SEPARATE AND DISTINCT AFFIRMATIVE DEFENSES, DEFENDANT**
22  **ALLEGES AS FOLLOWS:**

23      40.    The SAC fails to allege facts sufficient to state a claim.

24      41.    Plaintiff's claim is barred by the Eleventh Amendment of the United States
25  Constitution.

26      42.    Plaintiff's damages, if any there be, were caused by plaintiff's failure to mitigate
27  those damages through the exercise of reasonable diligence.

28      43.    Plaintiff's demand for recovery of punitive damages fails to state sufficient facts

CREGGER & CHALFANT, LLP.
701 University Ave., #110
Sacramento, CA  95825
(916) 443-4443

MENDES ANSWER TO SECOND AMENDED
COMPLAINT; JURY DEMAND
Case No. 3:15-cv-03353 HSG

5

1  to constitute a basis upon which relief can be granted.

2       44.     Punitive damages as requested by Plaintiff are constitutionally improper by reason of the excessive fines and penalties clause and cruel and unusual punishment provisions, as well as the due process and equal protection clauses of the United States and California Constitutions.

6       45.     In the event that Plaintiff recovers a judgment against this answering Defendant, request is made that any such liability be apportioned under equitable principles with that of any other defendant similarly held responsible to Plaintiff.

9       46.     The acts or omissions complained of by Plaintiff were not the result of any official policy promulgated by Defendant.

11       47.     Defendant alleges that liability for the amount of non-economic damages should be allocated to this answering Defendant in direct proportion to their percentage of fault, if any, according to California Civil Code section 1431.2.

14       48.     This answering Defendant alleges that the SAC filed against him herein was not brought in good faith or with reasonable cause by Plaintiff.  In the event that Defendant is granted summary judgment or non-suit dismissing him from the SAC herein, Defendant requests recovery of his costs of defense reasonably and necessarily incurred in defending this action pursuant to California Code of Civil Procedure section 1038.

19       49.     Defendant alleges that at all times, Defendant acted in good faith and therefore is immune from liability.

21       50.     Defendant alleges that Plaintiff failed to comply with the applicable statute of limitations for bringing this action.

23       51.     Defendant alleges that he is entitled to the defense of qualified immunity.

24       52.     Defendant alleges that Plaintiff failed to comply with the California Tort Claims Act requirement of filing a claim with the employer public entity prior to filing this lawsuit.

26       53.     Defendant alleges that each state law cause of action in the SAC is barred by Plaintiff's failure to file a timely claim within the meaning of California Government Code sections 901, 911.2, 911.4, 945.4, and 950.2.

CREGGER & CHALFANT, LLP.
701 University Ave., #110
Sacramento, CA  95825
(916) 443-4443

MENDES ANSWER TO SECOND AMENDED
COMPLAINT; JURY DEMAND
Case No. 3:15-cv-03353 HSG

6

54. Defendant alleges that he is immune from suit pursuant to California Government Code section 820.4.

55. Defendant alleges that he is immune from liability pursuant to California Government Code section 820.6.

56. Defendant alleges that he is immune from liability pursuant to California Government Code section 820.8.

57. Defendant alleges that he is immune from liability pursuant to California Government Code section 821.6.

**WHEREFORE, DEFENDANT PRAYS FOR JUDGMENT AS FOLLOWS:**

a. That the SAC on file herein and each cause of action therein contained be hence dismissed;

b. That Defendant be awarded costs of suit incurred herein, including attorneys' fees; and

c. For such other and further relief as the Court deems fit and proper under the circumstances.

DATE: February 16, 2017          CREGGER & CHALFANT LLP


/s/ Robert L. Chalfant
ROBERT L. CHALFANT
Attorneys for Defendant NATE MENDES


**DEMAND FOR JURY TRIAL**

Defendant Nate Mendes hereby demands a trial by jury.

DATE: February 16, 2017          CREGGER & CHALFANT LLP


/s/ Robert L. Chalfant
ROBERT L. CHALFANT
Attorneys for Defendant NATE MENDES

CREGGER & CHALFANT, LLP.
701 University Ave., #110
Sacramento, CA 95825
(916) 443-4443

MENDES ANSWER TO SECOND AMENDED COMPLAINT; JURY DEMAND
Case No. 3:15-cv-03353 HSG

7