CREGGER & CHALFANT LLP
ROBERT L. CHALFANT, SBN 203051
Email: rlc@creggerlaw.com
WENDY MOTOOKA, SBN 233589
Email: wm@creggerlaw.com
701 University Avenue, Suite 110
Sacramento, CA 95825
Phone: 916.443-4443
Fax:  916.443-2124

Attorneys for Defendant NATE MENDES

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JASON CALL,<br><br>　　　　　Plaintiff,<br><br>　　vs.<br><br>CALIFORNIA DEPARTMENT OF JUSTICE/BUREAU OF NARCOTIC ENFORCEMENT; COUNTY OF HUMBOLDT; HUMBOLDT COUNTY SHERIFF'S OFFICE; SPECIAL AGENT JACK NELSEN; SPECIAL AGENT MATT BADGLEY; SPECIAL AGENT MONTI CERVELLI; SPECIAL AGENT BRETT LETENDRE; SPECIAL AGENT RYAN MAKI; AGENT HEATH HELMAN; AGENT CORY PERSING; AGENT NATE MENDES; AGENT ADAM HARKNESS; AGENT MARVIN KIRKPATRICK; AGENT KEVIN STONEBARGER; SHERIFF MICHAEL DOWNEY; DEPUTY SHERIFF WAYNE HANSON; DEPUTY SHERIFF GREG MUSSON; DEPUTY SHERIFF BRIAN QUENELL;DEPUTY SHERIFF BLAKE MASSARO,<br><br>　　　　　Defendants. | Case No.:  3:15-cv-03353 HSG<br><br>**STIPULATION FOR EXTENSION OF TIME TO ALLOW DEFENDANT NATE MENDES TO RESPOND TO SECOND AMENDED COMPLAINT; ORDER THEREON** |

　　　　WHEREAS on June 1, 2015, Plaintiff initiated the present civil action in the Superior Court of California, County of Humboldt;

CREGGER & CHALFANT, LLP.
701 University Ave., #110
Sacramento, CA  95825
(916) 443-4443

STIPULATION FOR EXTENSION OF TIME FOR MENDES TO FILE RESPONSE; ~~PROPOSED~~ ORDER
Case No. 3:15-cv-03353 HSG

1

1  WHEREAS Defendant Nate Mendes was not named as a defendant in that civil action;

2  WHEREAS on July 21, 2015, the named defendants removed the state court action to
3  federal court;

4  WHEREAS on November 30, 2015, an amended complaint was filed naming
5  approximately 19 defendants, including "Agent Nate Mendes";

6  WHEREAS on November 10, 2016, a Second Amended Complaint was filed;

7  WHEREAS on January 17, 2017, Robert Chalfant, outside counsel for Siskiyou County,
8  received a voicemail message from Counsel for Plaintiff, Linda Mitlyng, asking whether Mr.
9  Chalfant would be representing Nate Mendes;

10  WHEREAS on January 19, 2017, Ms. Mitlyng emailed a proof of service to Mr. Chalfant
11  showing that on June 7, 2016, substituted service of the Amended Complaint and Summons was
12  attempted on Mr. Mendes, at a Bureau of Land Management Field Office.

13  WHEREAS the parties wish to avoid motion practice relating to service issues;

14  It is hereby stipulated by the parties to this action through their attorneys of record as
15  follows:

16  Defendant NATE MENDES may have a two week extension of time within which to
17  respond to the Second Amended Complaint on file in any manner authorized by the Federal Rules
18  of Civil Procedure.  Said response will now be due on or before February 20, 2017.

19  IT IS SO STIPULATED.

20  DATE: February 7, 2017                CREGGER & CHALFANT LLP

21                                         /s/ Robert L. Chalfant
22                                         ROBERT L. CHALFANT
                                           WENDY MOTOOKA
23                                         Attorneys for Defendant NATE MENDES

24  DATE: February 6, 2017                LAW OFFICE OF LINDA SUE MITLYNG
25

26                                         /s/ Linda Sue Mitlyng
                                           LINDA SUE MITLYNG, SBN 113810
27                                         Attorneys for Plaintiff JASON CALL

28

CREGGER & CHALFANT, LLP.
701 University Ave., #110
Sacramento, CA 95825
(916) 443-4443

STIPULATION FOR EXTENSION OF TIME FOR
MENDES TO FILE RESPONSE; ~~PROPOSED~~ ORDER
Case No. 3:15-cv-03353 HSG

2

| | | |
|---|---|---|
| 1 | DATE: February 6, 2017 | STATE OF CALIFORNIA |
| 2 | | OFFICE OF THE ATTORNEY GENERAL |
| 3 | | /s/ Wilfred T. Fong |
| 4 | | WILFRED T. FONG, SBN 154303 |
| 5 | | Attorneys for Defendants MATT BADGLEY, JACK NELSON, MONTI CERVELLI, BRETT LETENDRE, RYAN MAKI, HEATH HELMAN |
| 6 | | |
| 7 | DATE: February 6, 2017 | MITCHELL BRISSO DELANEY & VRIEZE |
| 8 | | |
| 9 | | /s/ Nancy K. Delaney |
| | | NANCY K. DELANEY, SBN 70617 |
| 10 | | Attorneys for Defendants COUNTY OF HUMBOLDT, SHERIFF MICHAEL DOWNEY, DEPUTY SHERIFF WAYNE HANSON, DEPUTY SHERIFF GREG MUSSON, DEPUTY SHERIFF BRIAN QUENELL, AGENT MARVIN KIRKPATRICK; STANLEY HARKNESS |

CREGGER & CHALFANT, LLP.
701 University Ave., #110
Sacramento, CA  95825
(916) 443-4443

STIPULATION FOR EXTENSION OF TIME FOR
MENDES TO FILE RESPONSE; ~~PROPOSED~~ ORDER
Case No. 3:15-cv-03353 HSG

3

# **ORDER**

It is hereby ordered that Defendant NATE MENDES may have an extension of time to and including February 20, 2017, to file a response to the Second Amended Complaint on file herein in any manner authorized by the Federal Rules of Civil Procedure.

IT IS SO ORDERED.

DATED: February 22, 2017

_____
HON. HAYWOOD S. GILLIAM, JR.
UNITED STATES DISTRICT COURT JUDGE

CREGGER & CHALFANT, LLP.
701 University Ave., #110
Sacramento, CA  95825
(916) 443-4443

STIPULATION FOR EXTENSION OF TIME FOR MENDES TO FILE RESPONSE; PROPOSED ORDER
Case No. 3:15-cv-03353 HSG

4