Linda S. Mitlyng, Esquire
CA Bar No. 113810
P.O. Box 7188
Eureka, California 95502
707 441-1025
mitlyng@sbcglobal.net
Attorney for Plaintiff Jason Call

IN THE UNTIED STATES DISTRICT COURT

IN THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JASON CALL, | ) Case No. 15-CV-03353-HSG |
| Plaintiff, | ) |
| v. | ) JOINT STIPULATION AND [PROPOSED] |
| | ) ORDER SCHEDULING DUE DATES FOR |
| | ) OPPOSITION AND REPLY TO STATE |
| SA MATT BADGLEY, *ET AL*, | ) DEFENDANTS' MOTION FOR SUMMARY |
| Defendants. | ) JUDGMENT |
| | ) |

IT IS HEREBY STIPULATED by and between the parties hereto through their respective attorneys of record to the following due dates for the opposition and reply to the Motion for Summary Judgment by State Defendants filed on February 9, 2017.

Plaintiff's Opposition due: March 10, 2017

Defendants' Reply due: March 24, 2017

IT IS SO STIPULATED.

Dated: February 22, 2017

By: _____/s/_____
Linda S. Mitlyng, Esquire CSB#113810
Attorney for Plaintiff Jason Call

JOINT STIPULATION DUE DATES FOR STATE DEFENDANTS' MSJ                              1
*CALL v. BADGLEY, ET AL,* 15-CV-03353-HSG

1
2
3   Dated: February 22, 2017          Attorney General Of California
4                                     By:  _____/s/_____
                                           Wilfred T. Fong, Esquire CSB#154303
5                                          Attorneys for State Defendants
6
7
8
9                               ~~(PROPOSED)~~ ORDER

10   The above Stipulation of the parties is hereby approved and made the Order of this Court.

11

12   Dated:  2/22/2017
                                          _____
13                                         HON. HAYWOOD S. GILLIAM, JR.
                                           United States District Court Judge
14
15
16
17
18
19
20
21
22
23
24
25
26

                                                                              2
JOINT STIPULATION DUE DATES FOR STATE DEFENDANTS' MSJ
*CALL v. BADGLEY, ET AL,* 15-CV-03353-HSG