XAVIER BECERRA, State Bar No. 118517
Attorney General of California
JEFFREY R. VINCENT, State Bar No. 161013
Supervising Deputy Attorney General
WILFRED FONG, State Bar No. 154303
Deputy Attorney General
 1515 Clay Street, 20th Floor
 P.O. Box 70550
 Oakland, CA  94612-0550
 Telephone:  (510) 879-0189
 Fax:  (510) 622-2121
 E-mail:  Wil.Fong@doj.ca.gov
*Attorneys for Defendants Nelsen, Badgley, Cervelli, Letendre, Maki and Helman*

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **JASON CALL,**<br><br>                              Plaintiff,<br><br>       v.<br><br>**SA MATT BADGLEY, et al.,**<br><br>                              Defendants. | Case No.: 15-cv-03353-HSG<br><br>**ORDER DISMISSING DEFENDANTS CERVELLI, HELMAN, LETENDRE AND MAKI**<br><br>Judge:          Hon. Haywood S. Gilliam, Jr.<br>Trial Date:    June 26, 2017<br>Action Filed: June 1, 2015 |

Plaintiff Jason Call and Defendants Nelsen, Badgley, Cervelli, Helman, Letendre, and Maki (collectively "State Defendants") have submitted a stipulation for the voluntary dismissal, with prejudice, of Defendants Monty Cervelli, Heath Helman, Brett Letendre and Ryan Maki.

Good cause appearing, Defendants Cervelli, Helman, Letendre and Maki are hereby DISMISSED, with prejudice, from this action.  Each side shall bear its own costs and attorneys' fees.

IT IS SO ORDERED.

Dated:  March 23, 2017

_____
HON. HAYWOOD S. GILLIAM, JR.
United States District Judge