CREGGER & CHALFANT LLP
ROBERT L. CHALFANT, SBN 203051
Email: rlc@creggerlaw.com
WENDY MOTOOKA, SBN 233589
Email: wm@creggerlaw.com
701 University Avenue, Suite 110
Sacramento, CA 95825
Phone: 916.443-4443
Fax:  916.443-2124

Attorneys for Defendant NATE MENDES

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JASON CALL,<br><br>    Plaintiff,<br><br>    vs.<br><br>CALIFORNIA DEPARTMENT OF JUSTICE/BUREAU OF NARCOTIC ENFORCEMENT; COUNTY OF HUMBOLDT; HUMBOLDT COUNTY SHERIFF'S OFFICE; SPECIAL AGENT JACK NELSEN; SPECIAL AGENT MATT BADGLEY; SPECIAL AGENT MONTI CERVELLI; SPECIAL AGENT BRETT LETENDRE; SPECIAL AGENT RYAN MAKI; AGENT HEATH HELMAN; AGENT CORY PERSING; AGENT NATE MENDES; AGENT ADAM HARKNESS; AGENT MARVIN KIRKPATRICK; AGENT KEVIN STONEBARGER; SHERIFF MICHAEL DOWNEY; DEPUTY SHERIFF WAYNE HANSON; DEPUTY SHERIFF GREG MUSSON; DEPUTY SHERIFF BRIAN QUENELL;DEPUTY SHERIFF BLAKE MASSARO,<br><br>    Defendants. | Case No.:  4:15-cv-03353 HSG<br><br>**NOTICE OF SETTLEMENT AS TO DEFENDANT NATE MENDES** |

PLEASE TAKE NOTICE that Plaintiff JASON CALL and Defendant NATE MENDES have reached a settlement in this action.  The settlement is conditioned upon the Siskiyou County Board of Supervisors' approval, currently set for hearing April 4, 2017.

CREGGER & CHALFANT, LLP
701 University Ave., #110
Sacramento, CA  95825
(916) 443-4443

NOTICE OF SETTLEMENT AS TO DEFENDANT MENDES
Case No. 4:15-cv-03353 HSG

1

Closing papers are being prepared for signature, and a dismissal should be on file within 60 days.

DATE:  March 23, 2017			CREGGER & CHALFANT LLP


					/s/ Robert L. Chalfant
					ROBERT L. CHALFANT
					Attorneys for Defendant NATE MENDES

CREGGER & CHALFANT, LLP.
701 University Ave., #110
Sacramento, CA  95825
(916) 443-4443

NOTICE OF SETTLEMENT AS TO DEFENDANT MENDES
Case No. 4:15-cv-03353 HSG

2